[No. 16739-1-I. Division One. March 25, 1987.]

KEN JONES, ET AL, *Appellants*, v. SQUARE D COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-07487-6, Frank J. Eberharter, J., entered June 3, 1985. *Reversed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Callow and Revelle, JJ. Pro Tem.

[No. 16656-5-I. Division One. March 25, 1987.]

EVALINE WAKEHAM, *Appellant*, v. RON HAUGHNESS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-2-00138-2, David A. Nichols, J., entered June 4, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Aitken and Durham, JJ. Pro Tem.

[Nos. 17111-9-I; 17125-9-I. Division One. March 25, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN CAMPBELL, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 85-1-00190-1, 81-1-00474-6, Dennis J. Britt and Paul D. Hansen, JJ., entered September 9 and August 12, 1985. *Dismissed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.